Case 8:16-cv-00418-PJM   Document 7   Filed 03/30/16   Page 1 of 3

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAR 30  P 6: 32

CLERK'S OFFICE
AT GREENBELT
BY_____·_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP, INC.; EMBASSY MUSIC CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; UNICHAPPELL MUSIC, INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP.; GIBB BROTHERS MUSIC; CROMPTON SONGS<br><br>　　　　　　　Plaintiffs<br><br>　　v.<br><br>EL MEXICANO, INC. d/b/a LA MEXICANA and PREHLAD SAWHNEY, individually<br><br>　　　　　　　Defendants | Civil Action No. 8:16-cv-00418-PJM |

CONSENT ORDER OF JUDGMENT

This matter being before the Court on the parties' Consent Order of Judgment, it is ORDERED AND ADJUDGED:

I

The Court will enter a Judgment in accordance with the parties' consent.

II

Plaintiffs shall recover from Defendants El Mexicano, Inc., d/b/a La Mexicana and Prehlad Sawhney, jointly and severally, statutory damages in the amount of Three Thousand Two Hundred Dollars ($3,200.00) for each of the five (5) musical

compositions, for a total of Sixteen Thousand Dollars ($16,000.00), pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants El Mexicano, Inc., d/b/a La Mexicana and Prehlad Sawhney, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $6,540.00, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants El Mexicano, Inc., d/b/a La Mexicana and Prehlad Sawhney, jointly and severally, interest on the full amount of this Judgment, from the date of this Judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants El Mexicano, Inc., d/b/a La Mexicana and Prehlad Sawhney and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the Judgment granted.

Case 8:16-cv-00418-PJM   Document 7   Filed 03/30/16   Page 3 of 3

Approved and consented to:

___/s/ Max S. Stadfeld___
Max S. Stadfeld
mstadfeld@offitkurman.com
Attorney for Plaintiffs

*P. Sawhney*
_____
Prehlad Sawhney, for himself and
for El Mexicano, Inc. as its President
13016 Middlebrook Road
Germantown, MD 20874
(301) 512-0022
(301) 972-0500
elmexicanomd@aol.com

Dated: __3-28-16__

_____
Peter J. Messitte
United States District Judge